IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| FLOYD E. MOORE | ) |
| | ) |
| v. | ) NO. 3:04-0376 |
| | ) JUDGE CAMPBELL |
| FLEMING PRIME STEAKHOUSE | ) |
| II, LLC | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 18). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The bench trial set for September 27, 2005, and the pretrial conference set for September 19, 2005 are canceled.

IT IS SO ORDERED.

							TODD J. CAMPBELL
							UNITED STATES DISTRICT JUDGE